## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 781 | **DATE** | 11/28/2007 |
| **CASE TITLE** | USA vs. James Faris | | |

**DOCKET ENTRY TEXT**

Bench warrant issued as to James Faris. Government's motion to seal complaint and affidavit in support of complaint, and arrest warrant pending execution of the arrest warrant is granted.

■ [ For further detail see separate order(s).]

Notified counsel by telephone.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|