Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 781 - 1 | **DATE** | 12/3/2007 |
| **CASE TITLE** | USA vs. James Faris | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant James Faris appears in response to arrest on 12/04/07. Defendant informed of his rights. Enter order appointing Helen Kim of the Federal Defender Program/Panel as counsel for defendant for initial appearance hearing only. Government's oral motion for pretrial detention is granted. Detention hearing is set for 12/07/07 at 1:30 p.m. Defendant informs the Court that is currently taking the following three (3) medications: **Quetiapine, Propranolol, Omeprazole**. The U.S.M.S. is **ORDERED** to have defendant see an appropriate medical personnel **TODAY**, regarding the prescription drugs that defendant states he take on a daily basis.

Docketing to mail notices.

00:05

3CC USM

| | Courtroom Deputy Initials: | LXS |
|---|---|---|