# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 781 - 1 | **DATE** | 12/7/2007 |
| **CASE TITLE** | USA vs. James Faris | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Enter order appointing Paul M Brayman of the Federal Defender Program/Panel as counsel for defendant. Government and defendant agree on certain conditions of release. Status is set for 01/15/08 at 1:30 p.m. Government's oral motion to unseal case is granted.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|