UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE ZAGEL**

**MAGISTRATE JUDGE COLE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) 07 CR 781 | |
| | ) | |
| | ) | |
| JAMES FARIS and | ) | Violation: Title 18, United States Code, |
| JOSEPH MOGAVERO | ) | Sections 2113(a) and 2 |
| | ) | |

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about February 6, 2006, at Channahon, in the Northern District of Illinois, Eastern Division,

JAMES FARIS and
JOSEPH MOGAVERO,

defendants herein, by force and violence, and by intimidation, did take from the person and presence of bank employees, approximately $11,793 in United States currency belonging to and in the care, custody, control, management and possession of Founder's Bank, 23840 West Eames Road, Channahon, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

**FILED**

JAN 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT