Minute Order Form (rev. 4/99)

**MAGISTRATE JUDGE COLE**   07 GJ 1232

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE ZAGEL** | Sitting Judge if Other Than Assigned Judge | MAGISTRATE JUDGE GERALDINE SOAT BROWN |
|---|---|---|---|
| CASE NUMBER | 07 CR 0781 | DATE | JANUARY 2, 2008 |
| CASE TITLE | US v. JAMES FARIS & JOSEPH MOGAVERO | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL MARCH 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge  *Geraldine Soat Brown*

**Docket Entry:**

NO BOND SET, DEFENDANT IS CURRENTLY IN THE CUSTODY OF IDOC. ARRANGEMENTS WILL BE MADE AT A LATER DATE TO WRIT DEFENDANT INTO FEDERAL CUSTODY AS TO JOSEPH MOGAVERO. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO JAMES FARIS.

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#