## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 781 - 1 | **DATE** | 1/9/2008 |
| **CASE TITLE** | UNITED STATES vs. JAMES FARIS | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to the indictment. Rule 16 conference deadline 2/6/2008. Status hearing set for 2/13/2008 at 10:00 a.m. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 1/9/2008 to 2/13/2008. (X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DW |
|---|---|---|