UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 781 |
| v. ) | |
| ) | Judge Zagel |
| JAMES FARIS and ) | |
| JOSEPH MOGAVERO ) | |

## GOVERNMENT'S MOTION TO REVOKE BOND

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby moves to revoke the bond of defendant James Faris and for defendant Faris to be detained pending trial, on the basis of the violations reported by Pretrial Services on March 4, 2008.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
SHERI H. MECKLENBURG
Assistant U.S. Attorney
219 South Dearborn
Chicago, Illinois 60604
(312) 469-6030

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that the foregoing GOVERNMENT'S MOTION TO REVOKE BAIL was filed with the Federal District Court for the Northern District of Illinois, by the ECF system, on March 4, 2008.

                                               By:  *s/ Sheri H. Mecklenburg*
                                               Sheri H. Mecklenburg
                                               Assistant United States Attorney