UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 07 CR 781 |
| | ) | |
| JAMES FARIS | ) | Judge Zagel |
| | ) | |

**NOTICE OF**
**GOVERNMENT'S MOTION TO REVOKE BOND**

To:   Paul M. Brayman
      727 S. Dearborn Street, Suite 712
      Chicago, IL 60605

PLEASE TAKE NOTICE that on Thursday, March 6, 2008, at 10:15 a.m. or as soon thereafter as we made be heard, we shall present the Government's Motion To Revoke Bond, before the Honorable James B. Zagel, or any judge sitting in his stead, in Courtroom 2503 of the Federal Dirksen Building, 219 S. Dearborn, Chicago, Illinois.


Dated: March 4, 2008

                                        PATRICK J. FITZGERALD
                                        United States Attorney


                                        By: s/*Sheri H. Mecklenburg*
                                            SHERI H. MECKLENBURG
                                            Assistant United States Attorney
                                            219 South Dearborn Street
                                            Chicago, Illinois  60604
                                            (312) 469-6030