# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 781 - 1 | **DATE** | 3/6/2008 |
| **CASE TITLE** | UNITED STATES vs. JAMES FARIS | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Government's motion to revoke bond [25] is granted for the reasons stated in open court. Order bench warrant to issue for defendant James Faris for failure to comply with conditions of pretrial release.

Docketing to mail notices.

00:10

B W Issued
MAR 07 2008

| | Courtroom Deputy Initials: | DW |
|---|---|---|