## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 781 | **DATE** | 3/19/2008 |
| **CASE TITLE** | U.S.A. vs. Faris, et al | | |

**DOCKET ENTRY TEXT**

(Defendants Faris and Magavero only). Status hearing held on 3/19/2008. Defendant Joseph Mogavero's presences is waived for the status hearing. Status hearing for defendant Mogavero is continued to 4/15/2008 at 10:00 a.m. Defendant's appearance is not necessary at the status hearing. Defendant Faris' oral motion to reinstate bond with amended conditions is granted. The bond is amended as follows: defendant shall be released on an unsecured bond in accordance with the previous Order Setting Conditions of Release with the addition that the defendant shall participate in a residential treatment program at Gateway and upon release from the program, home incarceration with electronic monitoring. The defendant will be restricted to his residence at all times except for medical, substance abuse or mental health treatment, attorney visits, court appearances or assisting his son with medical care, as pre-approved by the Pretrial Services Office or Officer. Status hearing for defendant Faris is continued to 4/23/2008 at 10:00 a.m. Status hearing set for 4/2/2008 is stricken. **Defendant shall be released from custody at this time**. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 3/19/2008 to 4/23/2008.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SB |
|---|---|---|