## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 781 - 1 | **DATE** | 7/17/2008 |
| **CASE TITLE** | UNITED STATES vs. JAMES FARIS | | |

**DOCKET ENTRY TEXT**

Order bench warrant to issue as to defendant James Faris for failure to comply with conditions of pretrial release.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|