# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:07−cr−00781
　　　　　　　　　　　　　　　　　　　　Honorable James B. Zagel

James Faris, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable James B. Zagel:As to James Faris, status hearing held on 7/24/2008. Defendant to be remanded to the custody of the U.S. Marshal upon release from medical treatment. Oral motion of Paul Brayman to withdraw as counsel is granted. Paul Bryman terminated. Federal Defender Panel attorney to be assigned. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.