# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

               Plaintiff,

v.

James Faris, et al.

               Defendant.

Case No.: 1:07−cr−00781

Honorable James B. Zagel

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable James B. Zagel:As to James Faris, status hearing held on 8/15/2008. Jury trial set for 11/12/2008 at 10:30 AM. Status hearing set for 9/30/2008 at 10:30 AM. Order time excluded in the interest of justice pursuant to 18:3161(h)(8)(B)(iv) from 8/15/2008 to 11/12/2008. Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.